EQUITY ONE, INC. *v.* THOMAS J. SHIVERS

The plaintiff's petition for certification for appeal from the Appellate Court, 125 Conn. App. 201 (AC 30600), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court should have conducted an evidentiary hearing when the defendant challenged the plaintiff's standing to bring the action?"

The Supreme Court docket number is SC 18775.

*Robert J. Wichowski,* in support of the petition.

Decided April 13, 2011

TARRANCE LAWRENCE *v.* COMMISSIONER OF CORRECTION

The petitioner Tarrance Lawrence's petition for certification for appeal from the Appellate Court, 125 Conn. App. 759 (AC 30714), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*David B. Rozwaski,* special public defender, in support of the petition.

*Margaret Gaffney Radionovas,* senior assistant state's attorney, in opposition.